1  Elizabeth V. McNulty (Bar No. 192455)
2  emcnulty@efstriallaw.com
   Christine Diaz Reynolds (Bar No. 265566)
3  creynolds@efstriallaw.com
4  EVANS FEARS & SCHUTTERT LLP
   4440 Von Karman Avenue, Suite 250
5  Newport Beach, California 92660
   Telephone: (949) 301-9463
6  Facsimile: (949) 966-0706
7
8  Attorneys for Specially Appearing Defendant
   JAGUAR LAND ROVER
9  AUTOMOTIVE plc
10

11                 UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA#

13  JAMES LAUKAT and MISUN          Case No.  CV 19-09436-CJC(Ex)
14  LAUKAT,
                                    **NOTICE OF MOTION AND MOTION
15           Plaintiffs,            TO DISMISS JAGUAR LAND ROVER
                                    AUTOMOTIVE plc OR, IN THE
16       vs.                        ALTERNATIVE, MOTION TO QUASH
                                    SERVICE OF SUMMONS**
17
    ABB, INC., *et al.*, and DOES 1-400,
18                                  HEARING DATE:   March 2, 2020
             Defendants.           TIME:                  1:30 p.m.
19
                                    JUDGE:          Hon. Cormac Carney
20                                  COURTROOM: 7C
21
22

23  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

24       PLEASE TAKE NOTICE THAT on March 2, 2020 at 1:30 p.m. before the

25  Honorable Cormac Carney in Courtroom 7C of the United States Courthouse for

26  the Central District of California, located at 350 W. 1st Street, Los Angeles,

27  California 90012, specially appearing defendant Jaguar Land Rover Automotive plc

28  NOTICE OF MOTION AND MOTION TO DISMISS
    OR, IN THE ALTERNATIVE, QUASH SERVICE OF
    SUMMONS

Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660

("JLRAplc"), will and hereby does move the Court to dismiss this case or, alternatively, quash service of process, pursuant to Rule 12(b)(5) of the *Federal Rules of Civil Procedure*. This motion is made on the grounds that JLRAplc, a foreign holding company, was improperly served with process via the agent for service of process authorized to accept service on behalf of its North American subsidiary. JLRAplc requests that the Court dismiss this case based upon the improper service of process and lack of jurisdiction. In the alternative, JLRAplc requests that the Court quash service of process based on the improper service upon the foreign parent company.

**This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 27, 2019.**

Dated: January 23, 2020                    EVANS FEARS & SCHUTTERT LLP

                                           */s/ Elizabeth V. McNulty*
                                           Elizabeth V. McNulty
                                           Christine Diaz Reynolds
                                           Attorneys for Defendant
                                           JAGUAR LAND ROVER
                                           AUTOMOTIVE plc

Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 4440 Von Karman Avenue, Suite 250, Newport Beach, California, 92660.

On January 24, 2020, I served, in the manner indicated below, the foregoing document described as: **NOTICE OF MOTION AND MOTION TO DISMISS JAGUAR LAND ROVER AUTOMOTIVE PLC OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS** on the interested parties in this action as follows:

☒   **BY ELECTRONIC TRANSMISSION:** ELECTRONIC COURT FILING (ECF): the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" PAGE will be maintained with the original document in our office.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 24, 2020 at Newport Beach, California.



Lorry Abercrombie

Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660