Elizabeth V. McNulty (Bar No. 192455)
emcnulty@efstriallaw.com
Christine Diaz Reynolds (Bar No. 265566)
creynolds@efstriallaw.com
**EVANS FEARS & SCHUTTERT LLP**
4440 Von Karman Avenue, Suite 250
Newport Beach, California 92660
Telephone: (949) 301-9463
Facsimile: (949) 966-0706

Attorneys for Specially Appearing Defendant
JAGUAR LAND ROVER
AUTOMOTIVE PLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA#

| | |
|---|---|
| JAMES LAUKAT and MISUN LAUKAT, <br><br> Plaintiffs, <br><br> vs. <br><br> ABB, INC., *et al.*, and DOES 1-400, <br><br> Defendants. | Case No.  CV 19-09436-CJC(Ex) <br><br> **DECLARATION OF KEITH BENJAMIN IN SUPPORT OF MOTION TO DISMISS JAGUAR LAND ROVER AUTOMOTIVE PLC OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS** <br><br> HEARING DATE:   March 2, 2020 <br> TIME:                     1:30 p.m. <br><br> JUDGE:                 Hon. Cormac Carney <br> COURTROOM: 7C |

**DECLARATION OF KEITH BENJAMIN
MOTION TO DISMISS OR, IN THE
ALTERNATIVE, QUASH SERVICE OF SUMMONS**

*Evans Fears & Schuttert LLP*
*4440 Von Karman Avenue, Suite 250*
*Newport Beach, CA 92660*

## DECLARATION OF KEITH BENJAMIN

1.      I, Keith Benjamin, pursuant to 28 U.S.C. § 1746, swear on this date, January 23, 2020, under penalty of perjury, that the foregoing is true and correct.

2.      I am a citizen and resident of England, United Kingdom.  I am over the age of eighteen (18) and have actual knowledge of the matters set forth herein and if called to testify would competently be able to do so.

3.      I am the Company Secretary of Jaguar Land Rover Automotive plc ("JLRAplc").   In this capacity, I am required and have obtained personal knowledge regarding the corporate entity status of JLRAplc and its relationship with other related entities.

4.      JLRAplc is a public limited company incorporated under the laws of England and Wales (Company No. 06477691) and maintains its headquarters in Whitley, Coventry, United Kingdom.

5.      JLRAplc's trading activity is listed as a holding company and its shareholder is TML Holdings PTE. Ltd.  JLRAplc is the shareholder of Jaguar Land Rover Holdings Limited, which is also a holding company and is in the business of manufacturing and selling luxury motor vehicles.

6.      Currently, JLRAplc employs four (4) employees, none of whom are located in California.

7.      JLRAplc does not maintain an office or other facility in California.

8.      JLRAplc is a foreign parent company of defendant Jaguar Land Rover North America, LLC ("JLRNA-LLC").

9.      JLRAplc is not an alter ego of JLRNA-LLC.

10.     At all relevant times, JLRAplc has neither exercised control over the internal affairs of JLRNA-LLC nor dictated how JLRNA-LLC will be operated on a day-to-day basis.

/ / /

Evans Fears & Schutter LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660

1    I declare pursuant to 28 U.S. Code Section 1746 and under the penalty of

2    perjury of the laws of the State of California that the foregoing Declaration is true

3    and correct.

     Executed on this the 23rd day of January, 2020 at Coventry, United Kingdom.

4

5

6

7                                                           Keith Benjamin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 4440 Von Karman Avenue, Suite 250, Newport Beach, California, 92660.

On January 24, 2020, I served, in the manner indicated below, the foregoing document described as:  **DECLARATION OF KEITH BENJAMIN IN SUPPORT OF MOTION TO DISMISS JAGUAR LAND ROVER AUTOMOTIVE PLC OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS** on the interested parties in this action as follows:

☒ **BY ELECTRONIC TRANSMISSION:** ELECTRONIC COURT FILING (ECF): the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" PAGE will be maintained with the original document in our office.

☒ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 24, 2020 at Newport Beach, California.



Lorry Abercrombie

<div style="writing-mode: vertical">Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660</div>

DECLARATION OF KEITH BENJAMIN
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
QUASH SERVICE OF SUMMONS

- 4 -