Benno Ashrafi, Esq. (CSBN 247623)
*bashrafi@weitzlux.com*
Michael Reid, Esq. (CSBN 317740)
*mreid@weitzlux.com*
Tyler Stock, Esq. (CSBN 288178)
*tstock@weitzlux.com*
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile:  (310) 786-9927

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LAUKAT, an individual; <br> MISUN LAUKAT, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> ABB, INC., et al., <br><br> Defendants. | CASE NO.  2:19-cv-09436-CJC-Ex <br><br> Los Angeles Superior Court Case No. 19STCV33853 <br><br> **DECLARATION OF TYLER STOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT JAGUAR LAND ROVER AUTOMOTIVE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS** <br><br> Hearing Date: March 2, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 7C <br> Judge: Hon. Cormac J. Carney <br><br> Initially Filed: September 24, 2019 <br> Trial Date: None Set |

- 1 -
DECLARATION OF TYLER STOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION DEFENDANT JAGUAR LAND ROVER AUTOMOTIVE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS

# DECLARATION OF TYLER STOCK

I, Tyler Stock, hereby declare:

1. I am an attorney at law licensed to practice in California and am an employee of Weitz & Luxenberg, P.C., counsel of record for Plaintiffs James Laukat and Misun Laukat ("Plaintiffs"). I have personal knowledge of the facts contained in this declaration and am competent to testify about them.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Conformed Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Jaguar Land Rover Automotive's ("JLRA") 2018/2019 Annual Report. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

4. Attached hereto as Exhibit C is a true and correct copy of California Secretary of State Business Search Results for Jaguar Land Rover North America, LLC ("JLRNA"). I personally visited the California Secretary of State website and obtained the attached printouts from there.

5. Attached hereto as Exhibit D is a true and correct copy of JLRA's Corporate Website – Joe Eberhardt Bio. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

6. Attached hereto as Exhibit E is a true and correct copy of JLRA's Corporate Website – Kim McCullough. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

7. Attached hereto as Exhibit F is a true and correct copy of JLRA's Corporate Website – JLRNA Launches New Marketing Campaign. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

8. Attached hereto as Exhibit G is a true and correct copy of JLRNA's Corporate Website – JLRNA Top Retailers. I personally visited JLRNA's corporate website – at www.landroverusa.com - and obtained the attached printouts from there.

9. Attached hereto as Exhibit H is a true and correct copy of JLRNA's Corporate Website – Land Rover Dealer Locator. I personally visited JLRNA's corporate website – at www.landroverusa.com - and obtained the attached printouts from there.

10. Attached hereto as Exhibit I is a true and correct copy of JLRNA's Corporate Website – Jaguar Dealer Locator. I personally visited JLRNA's corporate website – at www.jaguarusa.com - and obtained the attached printouts from there.

11. Attached hereto as Exhibit J is a true and correct copy of JLRA's 2019 4th Quarter Financial Report. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

12. Attached hereto as Exhibit K is a true and correct copy of JLRA's Corporate Website – Jaguar Land Rover Automotive PLC Launch of Senior Note Offering. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

13. Attached hereto as Exhibit L is a true and correct copy of JLRA's Corporate Website – Homepage. I personally visited JLRA's corporate website – at www.jaguarlandrover.com - and obtained the attached printouts from there.

///

////

///

///

14. Based on the evidence I have discovered without the benefit of ever conducting jurisdiction discovery, or any other type of discovery, on Defendants JLRA and JLRNM, I have a reasonable belief that jurisdictional discovery will that lead to additional evidence demonstrating that JLRNA is, in fact, JLRA's "general manager in this state" under all relevant case law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2020 at Los Angeles, California.

_____
Tyler Stock, Declarant

**CERTIFICATE OF SERVICE**
Laukat, et al. v. ABB, Inc., et al.
United States District Court, Central District of California
Case No. 2:19-cv-09436-CJC-Ex

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1880 Century Park East, Suite 700, Los Angeles, California 90067.

On February 10, 2020, I served the document(s) entitled:

**DECLARATION OF TYLER STOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT JAGUAR LAND ROVER AUTOMOTIVE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF SUMMONS**

on all interested parties in this action by:

☒ **ELECTRONIC COURT FILING (ECF):** the above-entitled document to be served electronically through the United States District Court, Northern District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" PAGE will be maintained with the original document in our office.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on February 10, 2020, at Los Angeles, California.

_____
Robyn Ikehara