UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAUKAT and MISUN LAUKAT,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ABB, INC., *et al.*,<br><br>                    Defendants. | Case No.: CV 19-09436-CJC(Ex)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT JAGUAR LAND ROVER AUTOMOTIVE PLC** |

    Plaintiffs James Laukat and Misun Laukat bring this action for personal injury and loss of consortium against more than fifty corporate defendants doing business in California.  In its concurrently issued order, the Court granted Defendant Jaguar Land Rover Automotive PLC's motion for summary judgment.

//

-1-

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiffs shall take nothing on their complaint against Defendant Jaguar Land Rover Automotive PLC.
2. Judgment is hereby entered in favor of Defendant Jaguar Land Rover Automotive PLC and against Plaintiffs.

DATED: April 15, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE